IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| CHRISTOPHER MEALS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KEANE FRAC GP LLC,<br>KEANE FRAC, LP, and<br>KEANE GROUP HOLDINGS, LLC<br><br>Defendants | Civil Action No. 2:16-cv-1674-NBF |

## SWORN STATEMENT

I, Christopher Meals, hereby swear under oath and penalty of perjury, that the following information is true and correct to the best of my personal knowledge and belief:

1. My name is Christopher Meals and I am the named plaintiff in this lawsuit.

2. I first worked as a Senior Equipment Operator II for Defendants from approximately March 2013 through April 2014. I then worked for Defendants as a Treater in Training from approximately April 2014 through November 2015. I then worked as a Supervisor I for Defendants from approximately November 2015 through March 2016. In these positions, I worked with numerous Supervisor Is such that I personally observed their work duties on a daily basis.

3. I worked at many different locations during my employment with Defendants. I worked at multiple locations in Pennsylvania including Mansfield, Washington, and New Stanton, Pennsylvania, northern West Virginia, Odessa, Midland, and Pecos Texas, and Juneau,

New Mexico. I performed the same job duties as a Supervisor I regardless of the location at which I worked. I also personally observed other Supervisor Is perform these same job duties at these different locations.

4. I worked in excess of forty (40) hours per workweek during my Supervisor I employment with Defendants. Defendants did not pay me overtime compensation for my hours worked in excess of forty (40) hours per week as a Supervisor I.

5. I personally observed other Supervisor I employees who worked over 40 hours per week at different locations and to whom Defendants did not pay overtime.

6. Defendants hired myself and other Supervisor Is as exempt employees who are not entitled to overtime compensation.

7. To my knowledge, all Defendants paid Supervisor Is pursuant to the same basic compensation plan which paid Supervisor Is a salary and bonus.

8. My primary duty as a Supervisor I and the primary duty of other Supervisor Is is not management. I worked alongside other hourly employees and spent virtually all of my work time performing non-management tasks which included the same manual labor tasks they did which such as working on the hydraulic fracking pumps, rigging up and down, and other such manual labor tasks.

9. As a Supervisor I, I did not hire or fire employees, recommend the hiring or firing of employees, promote or demote employees, set employee pay or benefits, or set any budget.

10. While I worked as a Supervisor I, Defendants employed a Field Service Manager that was onsite daily. The Field Service Manager closely monitored my work to make sure that it complied with company standards.

11. Based upon my experience and observations from working for Defendants, I understand that the other Supervisor Is had the same/similar compensation plan as I did which paid a salary plus a bonus, performed the same job duties I did, Defendants did not pay them overtime compensation.

Pursuant to 42 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct and that I have personal knowledge of the information provided above.

_____   3/14/2017
Signature                                          Date